# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Boards of Trustees of Ohio
Laborers' Benefit Programs,

    Plaintiff,

v.

Central Masonry, Inc.,

    Defendant.

Case No. 2:19-cv-1730

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

Plaintiff moves for default judgment against Defendant Central Masonry, Inc. ("Defendant"), seeking unpaid fringe benefit contributions, liquidated damages, and interest. Mot., ECF No. 9. Defendant failed to plead or otherwise respond, and Plaintiff obtained an entry of default. ECF No. 6. The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that Plaintiff's motion for default judgment be granted. R&R, ECF No. 10.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 10, ECF No. 3. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. The Clerk is **DIRECTED** to enter **JUDGMENT** against Defendant in the amount of $32,604.90; plus attorney's fees of $2,240.00; plus interest from the time of judgment at a rate of 1% per month. Plaintiff shall also be awarded costs.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**